BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

SAMUEL C. SMALL
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:11-CR-00002-JLT |
|---|---|
| Plaintiff, | ) Government's Motion to Dismiss |
| v. | ) |
| **JAY J. REZENDES**, | ) Date: |
|  | ) Time: |
| Defendant. | ) Place: Edwards Air Force Base |
|  | ) Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the Case Number 5:11-CR-00002-JLT against Jay J. Rezendes, in the interest of justice.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: 13 October 2011

By   /s/ Samuel C. Small_____
SAMUEL C. SMALL
Special Assistant United States Attorney

**O R D E R**

The case against Jay J. Rezendes, Case Number 5:11-CR-0002-JLT is **ORDERED** dismissed, with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 14, 2011**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE